UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | Case No. CR06-026-RSL-JPD |
|     v. ) | |
| ) | |
| TEWOLDEBERHAN MEKONNEN, ) | DETENTION ORDER |
| ) | |
|         Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1: Conspiracy to distribute cocaine base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

    Counts 2 through 7: Distribution of cocaine base in violation of 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(B).

    Count 8: Possession of cocaine with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

    Count 9: Carrying and possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 942(c)(1)(A)(*l*).

<u>Date of Detention Hearing</u>:   February 10, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth,

DETENTION ORDER                                                                                      15.13
18 U.S.C. § 3142(i)                                                                    Rev. 1/91
PAGE 1

finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required, or the safety of the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Defendant has not overcome these presumptions.

(2) Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge