Chief Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-0026RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| TEWOLDEBERHAN MEKONNEN, ) | |
|    a/k/a "Jamal," ) | |
|    a/k/a "Jama," ) | |
|    a/k/a "Jamo," ) | |
| DANIEL M. YOHANNES, ) | |
|    a/k/a "T.J,." ) | |
| ROBEL MEKONEN, ) | |
|    a/k/a "Zey," ) | |
|    a/k/a "Tommy," ) | |
|    a/k/a "Magic," ) | |
| LIBAN F. ALI, ) | |
|    a/k/a "Lee," ) | |
| ROBEL SISAY GEBREHEMEDHIU, ) | |
|    a/k/a "Rob," ) | |
|    a/k/a "El," ) | |
|    a/k/a "Robel Gebremedhin," ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court has considered the joint motion filed by the Government and TEWOLDEBERHAN MEKONNEN, DANIEL M. YOHANNES, ROBEL MEKONEN, and LIBAN F. ALI, pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

THE COURT FINDS that this is a complex case involving extensive discovery and allegations of a multi-defendant conspiracy that spanned approximately two years;

THE COURT FURTHER FINDS that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate both the case and

1  effectively to prepare for trial;

2  THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that
3  the ends of justice served by continuing the trial in this case outweigh the interest of the
4  public and of the defendant in a more speedy trial;

5  THE COURT FURTHER FINDS that, even if ROBEL GEBREHEMEDHIU is
6  unwilling to waive his right to a speedy trial, a continuance of his trial is appropriate
7  pursuant to 18 U.S.C. § 3161(h)(7);

8  IT IS THEREFORE ORDERED that the trial in this case shall be continued until
9  September 25, 2006, and that the period of time from April 17, 2006, up to and
10 including September 25, 2006, shall be excludable time under 18 U.S.C.
11 § 3161(h)(8)(A); and

12 IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this
13 case shall be June 16, 2006, and that responses to motions shall be due June 30, 2006.

14 DONE this 17th day of April, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

JOHN McKAY
United States Attorney


s/Todd Greenberg
TODD GREENBERG
Assistant United States Attorney

| | |
|---|---|
| 1 | |
| 2 | s/Andrew C. Friedman<br>ANDREW C. FRIEDMAN |
| 3 | Assistant United States Attorney |
| 4 | United States Attorney's Office |
| 5 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-3903 |
| 6 | Telephone:   (206) 553-2277 |
| 7 | Fax:            (206) 553-0755<br>E-mail:        Todd.Greenberg@usdoj.gov |
| 8 |                      Andrew.Friedman@usdoj.gov |
| 9 | |
| 10 | |
| 11 | s/Jennifer E. Horwitz |
| 12 | JENNIFER E. HORWITZ<br>Counsel for Tewoldeberhan Mekonnen |
| 13 | |
| 14 | Horwitz & Stamm<br>119 First Avenue South, Suite 500 |
| 15 | Seattle, Washington 98104 |
| 16 | Telephone:   (206) 264-8586<br>E-mail:        jennifer@fighttowin.com |
| 17 | |
| 18 | |
| 19 | s/Bruce D. Erickson<br>BRUCE D. ERICKSON |
| 20 | Counsel for Daniel M. Yohannes |
| 21 | 411 University Street, Suite 1200 |
| 22 | Seattle, Washington 98101<br>Telephone:   (206) 624-1200 |
| 23 | Fax:            (206) 340-5988<br>E-mail:        brucederickson@hotmail.com |
| 24 | |
| 25 | |
| 26 | s/Michael M. Danko<br>MICHAEL M. DANKO |
| 27 | Counsel for Robel Mekonnen |
| 28 | 600 First Avenue, Suite 205 |

| | |
|---|---|
| 1 | Pioneer Building |
| 2 | Seattle, Washington  98104 |
|   | Telephone:    (206) 623-4644 |
| 3 | Fax:              (206) 623-6340 |
|   | E-mail:          michaeldanko@earthlink.net |
| 4 | |
| 5 | |
| 6 | s/Gilbert H. Levy |
|   | GILBERT H. LEVY |
| 7 | Counsel for Liban F. Ali |
| 8 | |
|   | 2001 Western Avenue, Suite 200 |
| 9 | Seattle, Washington  98121-2114 |
|   | Telephone:    (206) 443-0670 |
| 10 | Fax:              (206) 448-2252 |
|   | E-mail:          courts@glevylawyer.com |
| 11 | |