UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,             )   No. CR06-26RSL
                                      )
                    Plaintiff,        )
        v.                            )   ORDER DENYING DEFENDANT'S
                                      )   MOTION TO SEAL TRANSCRIPT OF
TEWOLDEBERHAN MEKONNEN,               )   SENTENCING HEARING
                                      )
                    Defendant.        )
_____)

This matter comes before the Court on defendant's "Motion to Seal Transcript of Sentencing Hearing", docket #294. The Court finds no good cause to seal the transcript.

IT IS HEREBY ORDERED that the motion is denied.


DATED this 28th day of February, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO SEAL TRANSCRIPT OF SENTENCING HEARING